# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEL JEFFRIES,<br><br>          Plaintiff,<br><br>        v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, ET AL.,<br><br>          Defendant(s). | Case No. CV 17-424-AB (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice and without leave to amend.

Dated: May 01, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge