JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEL JEFFRIES,<br><br>           Plaintiff,<br><br>           v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, ET AL.,<br><br>           Defendant(s). | Case No. CV 17-424-AB (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 01, 2018

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge